| Criminal Case Cover Sheet | U.S. District Court |
|---|---|

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**06 - 00019**

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name _____KYUNGA LEE_____

Alias Name _____

Address _____

Birthdate 1982  SS# ____  Sex __F__  Race __A__  Nationality __Korean__

**U.S. Attorney Information:**

AUSA _____Rosetta L. San Nicolas_____

Interpreter: ____ No __X__ Yes   List language and/or dialect: __KOREAN__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty   ____ Misdemeanor   __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1546(a) & 2 | Misuse of Visa | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __5/19/06__   Signature of AUSA: _____

RECEIVED MAY 19 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

Case 1:06-cr-00019   Document 1-2   Filed 05/19/2006   Page 1 of 1