AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

KYUNGA LEE

**WARRANT FOR ARREST**

Case Number: CR-06-00019

**FILED**
DISTRICT COURT OF GUAM
MAY 1 9 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KYUNGA LEE _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

MISUSE OF VISA

in violation of Title __18__ United States Code, Section(s) __1546(a) & 2__

JOAQUIN V. E. MANIBUSAN, JR.
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

5/19/2006     Hagatna, Guam
Date          Location

ORIGINAL

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| U.S. District Court |

| DATE RECEIVED 5-19-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-18-06 | Byron Farley CBPEO | [Signature] Byron Farley |

Case 1:06-cr-00019   Document 2   Filed 05/19/2006   Page 1 of 1