kyungaleeind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM
MAY 24 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00019 |
| Plaintiff, | **INDICTMENT** |
| vs. | **MISUSE OF VISA** |
| KYUNGA LEE, | [18 U.S.C. §§ 1546(a) & 2] |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about the 6th day of May, 2006, within the District of Guam the defendant, KYUNGA LEE, did knowingly present to Customs and Border Protection Officer an application or other document required by the immigration laws or regulations prescribed thereunder, to wit, an I-736 Guam Visa Waiver Information form, which contained a statement, to wit, that she had never applied for an Immigrant/Non-Immigrant United States Visa before, and that she never sought to procure a Visa or other documentation or entry into the United States by fraud or wilful misrepresentation, which the defendant then and there knew was false, in that the defendant KYUNGA LEE had previously applied for a United States student visa which was denied

1

because her documentation was fraudulent, in violation of Title 18, United States Code §§1546(a) and §2.

Dated this 24th day of May 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2