# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**KYUNGA LEE**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-06-00019 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Room<br>413 |
|---|---|
| | Date and Time<br>**Thursday, May 25, 2006 at 10:30 a.m.** |

To answer a(n)
- [X] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **1546(a)(2)**

Brief description of offense:

**MISUSE OF VISA**

**FILED**
DISTRICT COURT OF GUAM
MAY 25 2006
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

_____
**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**May 24, 2006**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date   5/25/2006

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5/25/2006
           Date

J. Solon
Name of United States Marshal

V. R.
(by) Deputy United States Marshal

Remarks:

ORIGINAL

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.