IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


**FILED**
DISTRICT COURT OF GUAM
MAY 25 2006
**MARY L.M. MORAN**
**CLERK OF COURT**

**CASE NO. CR-06-00019**  **DATE: May 25, 2006**

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding   Law Clerk: None Present
Court Reporter: Wanda M. Miles                                    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:33:35 - 10:38:30              CSO: J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: KYUNGA LEE**                                 **ATTY: JAMES MCHUGH**
( X ) PRESENT  ( X ) CUSTODY  (  ) BOND  (  ) P.R.   ( X ) PRESENT  (  ) RETAINED  ( X ) FPD  (  ) CJA APPOINTED

U.S. ATTORNEY: ROSETTA SAN NICOLAS        AGENT: BYRON FARLEY, U.S. Customs and Border Protection

U.S. PROBATION: GRACE FLORES              U.S. MARSHAL: V. ROMAN

INTERPRETER:  DONG LEE                    LANGUAGE: KOREAN

***

**PROCEEDINGS:**          **ARRAIGNMENT**

(  ) COMPLAINT READ TO DEFENDANT
(  ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___   SCHOOL COMPLETED: __1ST year of college__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION
( X ) DEFENDANT WAIVES READING OF (  ) COMPLAINT  (  ) INFORMATION  ( X ) INDICTMENT
( X ) PLEA ENTERED: (  ) *GUILTY*  ( X ) *NOT GUILTY* - TO: __MISUSE OF VISA__
(  ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(  ) PLEA AGREEMENT FILED: _____ PLEA: (  ) *ACCEPTED* (  ) *REJECTED*
(  ) COURT ORDERS PLEA AGREEMENT *SEALED*
(  ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) TRIAL SET FOR:  __July 25, 2006 at 9:30 a.m.__

PROCEEDINGS CONTINUED TO: _____ at _____
(  ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT RETURNED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR (  )*PROCESSING* ( X )*DETENTION*
(  ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
(  ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**Trial Order executed.  Defendant to remain in the custody of the U.S. Marshal Service.**