IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00019          DATE: June 16, 2006

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles                                          Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 11:07:29 - 11:40:38                    CSO: F. Tenorio

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: KYUNGA LEE**                                    **ATTY: JOHN GORMAN**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.    ( X ) PRESENT   ( ) RETAINED   ( X ) FPD   ( ) CJA APPOINTED

U.S. ATTORNEY: ROSETTA SAN NICOLAS          AGENT: BYRON FARLEY, U.S. Customs and Border Protection

U.S. PROBATION: CARLEEN BORJA               U.S. MARSHAL: V. ROMAN

INTERPRETER: HEE JUNG WON                   LANGUAGE: KOREAN

***

**PROCEEDINGS:          CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __23__   SCHOOL COMPLETED: __Freshman in college__
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*   ( ) *NOT GUILTY* - TO: __MISUSE OF VISA__
( X ) PLEA AGREEMENT FILED: __6/15/2006__   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING SET FOR: __October 4, 2006 at 9:30 a.m.__
( X ) PRESENTENCE REPORT DUE TO PARTIES: __August 9, 2006__   DUE TO THE COURT: __September 18, 2006__
PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT RETURNED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

__Defendant consented to enter her plea before a Magistrate Judge.  Pen and ink change in the plea__
__agreement.  Report and Recommendations executed.__

__Defendant to remain in the custody of the U.S. Marshal Service.__