**FILED**
DISTRICT COURT OF GUAM

JUN 16 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | **CONCERNING PLEAS OF GUILTY** |
| | ) | **IN A FELONY CASE** |
| KYUNGA LEE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R.

Crim. P., and has entered a plea of guilty to an Indictment charging her with Misuse of a Visa,

in violation of 18 U.S.C. § 1546. After examining the defendant under oath, I have determined

that the defendant is fully competent and capable of entering an informed plea, that the guilty

plea was intelligently, knowingly and voluntarily made, and that the offense charged is

supported by an independent basis in fact establishing each of the essential elements of such

///

///

///

///

///

///

1   offense. I therefore recommend that the plea of guilty be accepted and that the defendant be

2   adjudged guilty and have sentence imposed accordingly.

3        IT IS SO RECOMMENDED.

4        DATED this *16th* day of June 2006.

 

 

                              JOAQUIN V.E. MANIBUSAN, JR.
                               United States Magistrate Judge

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**