FILED
DISTRICT COURT OF GUAM
JUL - 6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>KYUNGA LEE,<br><br>           Defendant. | CRIMINAL CASE NO. 06-00019<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging her with Misuse of a Visa, in violation of 18 U.S.C. § 1546, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on <u>October 4, 2006 at 9:30 a.m.</u>

IT IS SO ORDERED.

DATED this 6 day of July 2006.

                                                   WM. FREMMING NIELSEN*
                                                       District Judge

---

* The Honorable Wm. Fremming Nielsen, United States District Judge for the Eastern District of Washington, sitting by designation.