# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kyunga Lee,<br><br>　　　　Defendant. | Case No. 1:06-cr-00019<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed on July 6, 2006*, on the dates indicated below:

*U.S. Attorney's Office*　　　　　　　*Federal Public Defender*
*July 10, 2006*　　　　　　　　　　　*July 10, 2006*

I, Melissa L. Trauner, declare under the penalty of perjury that on the above listed date(s) the:

Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed on July 6, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 11, 2006　　　　　　　　　　　　　/s/ Melissa L. Trauner
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk