JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
KYUNGA LEE



**FILED**
DISTRICT COURT OF GUAM

JUL 25 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00019 |
| ) | |
| Plaintiff, ) | STIPULATION TO SET SENTENCING |
| ) | DATE |
| vs. ) | |
| ) | |
| KYUNGA LEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION TO SET SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing currently scheduled for October 4, 2006, be rescheduled for the week of July 24-28, 2006, to be selected by the court. The Pre-sentence Investigation Report indicates that defendant is facing a term of imprisonment of 0-6 months. Neither party to this stipulation objects to the Pre-

sentence Report and each concurs that defendant receive a sentence of time served.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, July 20, 2006.

_____
RICHARD P. ARENS
Attorney for Defendant
KYUNGA LEE

_____
ROSETTA SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
MARIA CRUZ
U.S. Probation Officer