ORIGINAL

JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
KYUNGA LEE

FILED
DISTRICT COURT OF GUAM
JUL 26 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00019 |
| Plaintiff, | ORDER re STIPULATION TO SET SENTENCING DATE |
| vs. | |
| KYUNGA LEE, | |
| Defendant. | |

The stipulation filed on July 25, 2006, is hereby HEREBY APPROVED. Sentencing is set for _July 27, 2006 at 9:30 a.m._

DATED: Hagatna, Guam, _July 26, 2006_

_____
JAMES WARE
Designated District Judge