

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00019  DATE: July 27, 2006

HON. JAMES WARE, Designated Judge, Presiding
    Law Clerk: Christina Shay      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 11:05:38 - 11:18:55
    CSO: F. Tenorio / J. Lizama

**APPEARANCES:**
   Defendant: Kyunga Lee        Attorney: Richard Arens
       ☑Present ☑Custody ☐Bond     ☑Present ☐Retained
       ☐P.R.                                  ☑FPD ☐CJA
  U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
  U.S. Probation: Maria Cruz            U.S. Marshal: C. Marquez
    Interpreter: Hee-Jung Won           Language: Korean
               ☐Sworn ☑Previously Sworn

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>time served (71 days)</u>.
- Upon release from imprisonment, defendant is placed on Supervised Release for a term of <u>two years</u>, with conditions. (Refer to Judgment for Conditions of Supervised Release.)
- Fine waived.
- Defendant Ordered to pay a Special Assessment Fee of $100.00 to be paid immediately after sentencing.
- Defendant advised of her Appeal Rights.
- Defendant remanded to the custody of the U.S. Marshals Service for processing

NOTES: