ORIGINAL

LeeKyunga.rem

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN -9 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KYUNGA LEE, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 06-00019 <br><br> PETITION TO REMIT SPECIAL ASSESSMENT FEE <br> [18 U.S.C. § 3573] |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee earlier imposed upon Defendant KYUNGA LEE and in support hereof, states as follows:

1. On July 27, 2006, sentence was imposed by this Court against Defendant KYUNGA LEE. Among other things, a $100.00 special assessment fee was ordered. The total amount now owed by said Defendant is $100.00.

2. Upon information received from the Immigration and Customs Enforcement Deportable Alien Control System (ICE/DACS), the defendant, KYUNGA LEE, was deported to Korea on August 8, 2006. See Exhibit "A."

//
//
//

3. Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

4. The United States Attorney has determined that in light of Defendant's deportation, there is no reasonable likelihood that expending further efforts to collect the special assessment fee will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

5. The interests of justice mitigate in favor of remission of the unpaid special assessment fee.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee imposed upon Defendant.

DATED this 8th day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney

```
DAXLO21.              DACS CASE CLOSURE LOOK SCREEN           DATE: 01/02/2007
                                                              TIME: 21:25:38


        A-NUM : 076209234           LAST-NAME : LEE
        NATLTY: KOREA               FIRST-NAME: KYUNGA

   DATE-DOCKET-CLEARED: 08/14/2006     DEPART-CLEARED-STAT: 9

      TRANSFER-TO-DCO:                 DATE-DOCKET-TRANSFER:

         DATE-DEPARTED: 08/08/2006         PORT-DEPARTED: AGA

       DEPART-COUNTRY: KOREA        FINAL-CHARGE: I6C1    EXPENSE-CODE: 5




HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```



EXHIBIT A